ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York As Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-41, Mortgage Pass-Through Certificates, Series 2005-41*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-41, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-41,<br><br>Plaintiff,<br>vs.<br><br>SPRING MOUNTAIN RANCH MASTER ASSOCIATION, 8933 SQUARE KNOT TRUST, and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02177-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SPRING MOUNTAIN RANCH MASTER ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |
| 8933 SQUARE KNOT TRUST,<br><br>Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-41, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-41,<br><br>Counterdefendant. | |

45421925;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York As Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-41, Mortgage Pass-Through Certificates, Series 2005-41 (**BoNYM**) and Defendants Spring Mountain Ranch Master Association (**HOA**), stipulate as follows:

1. HOA filed its motion for summary judgment on May 16, 2017. [ECF No. 30]. BoNYM's response is currently due on June 6, 2018.

2. The parties hereby stipulate and agree BoNYM shall have fourteen (14) additional days to file its response. The new deadline for BoNYM to file its response to HOA's motion for summary judgment shall be **June 20, 2018**.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated June 6, 2018

| | |
|---|---|
| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
| */s/ Tenesa Powell* | */s/ Ryan W. Reed* |
| ARIEL E. STERN, ESQ. | RYAN W. REED |
| Nevada Bar No. 8276 | Nevada Bar No. 11695 |
| TENESA POWELL, ESQ. | 8945 W. Russell Rd., Ste. 330 |
| Nevada Bar No. 12488 | Las Vegas, NV 891148 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorneys for Spring Mountain Ranch Master Association* |
| *Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York As Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-41, Mortgage Pass-Through Certificates, Series 2005-41* | |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: June 7, 2018

45421925;1