ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York As Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-41, Mortgage Pass-Through Certificates, Series 2005-41*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-41, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-41,<br><br>Plaintiff,<br>vs.<br><br>SPRING MOUNTAIN RANCH MASTER ASSOCIATION, 8933 SQUARE KNOT TRUST, and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02177-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ALL PARTIES TO FILE REPLIES TO RESPONSES TO THE MOTIONS FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |
| 8933 SQUARE KNOT TRUST,<br><br>Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-41, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-41,<br><br>Counterdefendant. | |

45555607;1

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York As Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-41, Mortgage Pass-Through Certificates, Series 2005-41 (**BoNYM**), 8933 Square Knot Trust (**Trust**) and Spring Mountain Ranch Master Association (**HOA**), stipulate as follows:

1. BoNYM filed its motion for summary judgment on May 16, 2018. [ECF No. 30]. HOA filed it response to BoNYM's motion on June 6, 2016 [ECF No. 32]. BoNYM's reply is currently due on June 20, 2018.

2. Trust filed its response to BoNYM's motion on June 12, 2018 [ECF No. 36]. BoNYM's reply is currently due on June 26, 2017.

3. Trust filed its motion for summary judgment on May 16, 2018. [ECF No. 27]. BoNYM filed it response to Trust's motion on June 6, 2016 [ECF No. 33]. Trust's reply is currently due on June 20, 2018.

4. HOA filed its motion for summary judgment on May 16, 2018. [ECF No. 30]. BoNYM filed stipulation and order to extend time to respond to HOA's motion for summary judgment on June 6, 2016 [ECF No. 31]. BoNYM's response is currently due on June 20, 2018.

5. The parties hereby stipulate and agree that BoNYM, HOA, and Trust shall have until **July 6, 2018** to file their replies in support of motions for summary judgment.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

45555607;1

6. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated June 20, 2018

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Tenesa Powell* | */s/ Ryan W. Reed* |
| ARIEL E. STERN, ESQ. | RYAN W. REED, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 11695 |
| TENESA POWELL, ESQ. | 8945 W. Russell Rd., Ste. 330 |
| Nevada Bar No. 12488 | Las Vegas, NV 891148 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorneys for Spring Mountain Ranch Master Association* |

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York As Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2005-41, Mortgage Pass-Through Certificates, Series 2005-41*

**AYON LAW, PLLC**

*/s/ Reginald Thomas, Jr.*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
REGINALD THOMAS, JR., ESQ.
Nevada Bar No. 14424
8716 Spanish Ridge Ave. Suite 115
Las Vegas, NV 89148

*Attorneys for 8933 Square Knot Trust*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: June 22, 2018

45555607;1